# United States Bankruptcy Court
## District of Delaware

IN RE:  
**Mobclix, Inc.**  
Debtor(s)

Case No. **13-12887-PJW**  
Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

**1. Income from employment or operation of business**

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| -22,326,147.73 | 2013 YTD (through September) loss from Business Operations |
| -6,672,788.01 | 2012 total loss from Business Operations |
| -16,117,313.89 | 2011 total loss from Business Operations |

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<sup>None</sup> ☐ **b.** *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made **within 90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Appendix SOFA 3.B.** | | **0.00** | **0.00** |

<sup>None</sup> ☑ **c.** *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

<sup>None</sup> ☐ **a.** List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Shelyazhenko v. Mobclix, Inc.** Case No. 113CV254522 | **Mobclix Publisher Litigation** | **Santa Clara County Superior Court, California** | **Pending** |
| **Trendico v. Mobclix, Inc.** Case No. 113CV254987 | **Mobclix Publisher Litigation** | **Santa Clara County Superior Court, California** | **Pending** |
| **Halfbrick Studios Pty Ltd. v. Mobclix, Inc.** Case No. 113CV255056 | **Mobclix Publisher Litigation** | **Santa Clara County Superior Court, California** | **Pending** |
| **AudioAddict, Inc. v. Mobclix, Inc.** Case NO. 113CV254997 | **Mobclix Publisher Litigation** | **Santa Clara County Superior Court, California** | **Pending** |
| **Arndt v. Mobclix, Inc. and Velti, Inc.** Case No.CGC-13-534812 | **Mobclix Publisher Litigation** | **San Francisco County Superior Court, California** | **Pending** |
| **Dreamdevlasers Inc. v. Mobclix, Inc.** Case No. 113CV253651 | **Mobclix Publisher LItigation** | **Santa Clara County Superior Court, California** | **Pending** |
| **Goes International AB v. Mobclix, Inc.** Case No. 113CV253644 | **Mobclix Publisher LItigation** | **Santa Clara County Superior Court, California** | **Pending** |
| **Vitzi Lts. v. Mobclix, Inc.** Case No. 113CV253654 | **Mobclix Publisher Litigation** | **Santa Clara County Superior Court, California** | **Pending** |
| **Jahnke v. Mobclix, Inc.** Case No. 113CV252995 | **Moblix Publisher Litigation** | **Santa Clara County Superior Court, California** | **Pending** |
| **GMBH & Co., dba Windfinder.com v. Moblix, Inc.** Case No. 113CV252236 | **Mobclix Publisher Litigation** | **Santa Clara County Superior Court, California** | **Pending** |
| **Frendz, LLC and Toneaphone LLC** Civil Action No. 13-CV03879 | **Mobclix Publisher Litigation - Class Action** | **United States District Court for the Northern District of California** | **Pending** |
| **Mobile Force v. Mobclix, Inc.** Case No. CGC-13-533629 | **Mobclix Publisher Litigation** | **San Francisco County Superior Court, California** | **Pending** |
| **Idealix, Inc.** Case No. CGC-13-533627 | **Mobclix Publisher Litigation** | **San Francisco County Superior Court, California** | **Pending** |
| **Nahmias v. Mobclix, Inc.** Case No. CGC-13533632 | **Mobclix Publisher Litigation** | **San Francisco County Superior Court, California** | **Pending** |
| **Dietrichstein v. Mobclix, Inc.** Case No. 113CV251666 | **Mobclix Publisher Litigation** | **Santa Clara County Superior Court, California** | **Pending** |
| **Jrsoftworx Inh v. Mobclix, Inc.** | **Mobclix Publisher Litigation** | **San Francisco County Superior** | **Pending** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| Case No. CGC-13-533625 | | Court, California | |
| Mediafill, LLC v. Mobclix, Inc. Case No. CGC-13-533659 | Mobclix Publisher Litigation | San Francisco County Superior Court, California | Pending |
| A Star Software LLC v. Velti Inc. and Mobclix, Inc. Case No. A1305128 | Mobclix Publisher Litigation | Court of Common Please, Hamilton County, Ohio | Pending |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **DLA Piper LLP (US)** **Post Office Box 64029** **Baltimore, MD  21264-4029** | 09/30/13 | 100,000.00 |
| **Sitrick Brinko Group LLC** **11999 San Vicente Blvd., Penthouse** **Los Angeles, CA  90049** | 10/02/13 | 50,000.00 |
| **Sitrick Brinko Group LLC** **11999 San Vicente Blvd., Penthouse** **Los Angeles, CA  90049** | 10/31/13 | 42,000.00 |
| **BMC Group** **600 First Avenue, Suite 300** **Seattle, WA  98104** | 10/03/13 | 25,000.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Bettersource Liquidators**<br>1863 South Norfolk Street<br>San Mateo, CA  94403 | October 2013 | Sold office furniture, fixtures and equipment to liquidator for $12,295 |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **Spear Tower**<br>One Market Street, Suite 1400<br>San Francisco, CA 94105 | Mobclix, Inc. | **October 2013 to Present** |
| **102 University Avenue**<br>Palo Alto, CA 94301 | Mobclix, Inc. | **February 2011 - October 2013** |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jeffrey Ross**<br>**Spear Tower**<br>**1 Market Street, Suite 1400**<br>**San Francisco, CA  94105** | **May 2013 - Present** |
| **Wilson Cheung**<br>**955 Heather Lane**<br>**San Lorenzo, CA  94580** | **October 2009 - April 2013** |
| **Peter Eames**<br>**Spear Tower**<br>**1 Market Street, Suite 1400**<br>**San Francisco, CA  94105** | **February 2011 - Present** |

| | |
|---|---|
| **Kim Walch**<br>25515 Del Mar Avenue<br>Hayward, CA  94542 | **November 2009 - May 2012** |
| **Paul Tarell, Jr.**<br>250 Clara Street, Unit 1<br>San Francisco, CA  94107 | **December 2010 - April 2012** |
| **Adrien Pouey**<br>Spear Tower<br>1 Market Street, Suite 1400<br>San Francisco, CA  94105 | **May 2011 - Present** |
| **Eva Hilliard**<br>Spear Tower<br>1 Market Street, Suite 1400<br>San Francisco, CA  94105 | **August 2011 - Present** |
| **Jenea Elliot**<br>2540 66th Avenue<br>Oakland, CA  94605 | **July 2011 - May 2013** |
| **Lynn Fu**<br>555 4th Street, Unit 718<br>San Francisco, CA  94107 | **October 2012 - July 2013** |
| **Linda Nguyen**<br>1606 Kains Avenue<br>Berkeley, CA  94702 | **July 2012 - November 2013** |
| **Viviane Lee**<br>117 Vailwood Place<br>San Mateo, CA  94403 | **June 2013 - November 2013** |
| **James Medina**<br>3427 Cashmere Street<br>Danville, CA  94506 | **April 2012 - August 2013** |
| **Anna Dys**<br>305 Esfahan Court<br>San Jose, CA  95111 | **August 2011 - September 2012** |

☐ None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Baker Tilly Virc Kr., LLP**<br>**Post Office Box 7398**<br>**Madison, WI  53707-7398** | **2010 - Present** |

☑ None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☑ None  d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

**20. Inventories**

☑ None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☑ None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

☑ None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☐ None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Velti Plc**<br>**First Floor**<br>**28-32 Pembroke Street Upper**<br>**Dublin 2, Ireland,** | | **100% direct ownership** |
| **Mari J. Baker**<br>**Spear Tower**<br>**1 Market Street, Suite 1400**<br>**San Francisco, CA  94105** | **President, Board Member** | |
| **Sally J. Rau**<br>**Spear Tower**<br>**1 Market Street, Suite 1400**<br>**San Francisco, CA  94105** | **Secretary, Board Member** | |
| **Jeffrey Ross**<br>**Spear Tower**<br>**1 Market Street, Suite 1400**<br>**San Francisco, CA  94105** | **Treasurer, Board Member** | |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Wilson Cheung**<br>**955 Heather Lane**<br>**San Lorenzo, CA  94580** | **Former Board Member** | **April 30, 2013** |

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 17, 2013**     Signature: *[signature]*

**Sally J. Rau, Secretary**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

\_\_\_\_\_ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

**APPENDIX SOFA 3.B.**

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Access Information Management PO Box 4837 Hayward, CA 94540-4837 | 9/24/2013 | $75.11 | $150.22 |
| Account Analysis Fee Bank of America Bank of America PO Box 15284 Wilmington, DE 19850 | 8/15/2013 9/16/2013 | $1,178.28 $1,200.12 | Unknown |
| Alex Reid 803 Dedrick Court San Jose, CA 95125 | 10/25/2013 11/1/2013 | $5,029.64 $9,191.64 | $31,772.80 |
| Barbara Dizon 4591 Lowry Court Union City, CA 94587 | 9/12/2013 9/17/2013 | $225.00 $4,922.68 | $0 |
| BMC Group 600 First Avenue Ste. 300 Seattle, WA 98104 | 10/3/2013 | $25,000 | Unknown |
| Chris Peters 1267 N. Laurel Ave. #18 West Hollywood, CA 90046 | 11/1/2013 | $5,875.77 | $0 |
| Chris Ward 6214 Valroy Dr San Jose, CA 95123 | 11/1/2013 | $9,873.37 | $40,000 |
| City of Palo Alto Utilities PO Box 7026 San Francisco, CA 94120-7026 | 8/21/2013 9/24/2013 | $439.92 $400.07 | 672.80 |
| Comcast PO Box 34744 Seattle, WA 98124 | 9/17/2013 | $229.17 | $1,361.42 |
| DLA Piper LLP (US) P.O. Box 64029 Baltimore, MD 21264-4029 | 9/30/2013 | $100,000 | Unknown |
| HSBC Monthly Bank | 9/30/2013 | $880.41 | |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Charges<br>601 Montgomery Street, Suite 1500<br>San Francisco, CA 94111 | 10/31/2013 | $761.39 | |
| Jirbo, Inc.<br>880 Apollo St.<br>Suite 140<br>El Segundo, CA 90245 | 8/14/2013 | $24,461.46 | $30,417.33 |
| Joseph Mocker<br>838 Nectarine Avenue<br>Sunnyvale, CA 94087 | 11/1/2013 | $9,233.67 | $43,334 |
| Krishna Subramanian<br>41816 Mission Cielo Ct<br>Fremont, CA 94539 | 8/15/2013<br>9/17/2013<br>9/17/2013 | $358.65<br>$11,984.29<br>$17,721.16 | $0 |
| Laura Woolston<br>3130 Webster Street #10<br>San Francisco, CA 94123 | 10/31/2013 | $350.08 | $0 |
| Leon Chen<br>653 Aberdeen Court<br>Milpitas, CA 95035 | 8/15/2013 | $6,134.02 | $0.41 |
| Mark Epes | 8/15/2013 | $77.16 | $0 |
| Navang Oza<br>4667 Alhambra Dr<br>Fremont, CA 94555 | 8/7/2013 | $877.35 | $0 |
| Nick Allen<br>3595 Granada Ave<br>Unit 484<br>Santa Clara, CA 95051 | 9/12/2013 | $4,955.27 | $0.43 |
| Payroll<br>c/o ADP, Inc.<br>One ADP Drive MS-100<br>Augusta, GA 30909 | 8/15/2013<br>8/15/2013<br>8/30/2013<br>8/30/2013<br>8/30/2013<br>9/13/2013<br>9/13/2013<br>9/30/2013<br>9/30/2013 | $33,122.64<br>$71,122.64<br>$36,373.11<br>$57,998.34<br>$820.61<br>$63,574.45<br>$45,785.62<br>$50,920.95<br>$34,194.80 | Unknown |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | 10/15/2013<br>10/15/2013<br>10/31/2013<br>10/31/2013 | $16,410.85<br>$34,472.17<br>$19,320.97<br>$35,297.60 | |
| Payroll & Benefits Admin Fees<br>c/o ADP, Inc.<br>One ADP Drive MS-100<br>Augusta, GA 30909 | 8/9/2013<br>8/23/2013<br>9/6/2013<br>9/20/2013<br>10/04/2013<br>10/18/2013 | $110.70<br>$90.90<br>$85.50<br>$88.20<br>$80.10<br>$69.30 | Unknown |
| Pongsar Tmangraksa<br>450 N. Mathilda Ave. D206<br>Sunnyvale, CA 95014 | 9/3/2013 | $5,653.74 | $0 |
| Rama Roberts<br>106 Castilian Way<br>San Mateo, CA 94402 | 8/30/2013 | $837.16 | $50,000 |
| Sitrick Brinko Group LLC<br>11999 San Vicente Blvd Penthouse<br>Los Angeles, CA 90049 | 10/2/2013<br>10/31/2013 | $50,000<br>$42,000 | Unknown |
| Sunil Verma<br>48317 Avalon Heights Ter.<br>Fremont, CA 94539-8005 | 9/5/2013 | $19,975.43 | $0 |
| Velti Inc.<br>Spear Tower, 1 Market Street Suite 1400<br>San Francisco, CA 94105 | 8/8/2013<br>8/9/2013<br>8/13/2013<br>8/27/2013<br>9/5/2013<br>9/5/2013<br>9/17/2013<br>10/9/2013<br>10/29/2013 | $200,000<br>$425,000<br>$60,000<br>$200,000<br>$450,000<br>$45,000<br>$500,000<br>$98,923.80<br>$350,000 | Unknown |
| Vishul Gurbuxani<br>4206 Farrell Way<br>Santa Clara, CA 95054 | 9/5/2013<br>9/6/2013 | $18,948.92<br>$9,702.30 | $0 |