IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              : Chapter 7

Mobclix, Inc.,                                      :
                                                    : Case No. 13-12887 (PJW)
         Debtor.                             :
                                                    :
                                                    : **Objection Date: January 14, 2014**

                                                    **Hearing Date:   January 23, 2014**

## APPLICATION OF CHAPTER 7 TRUSTEE, GEORGE L. MILLER, TO EMPLOY MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS NUNC PRO TUNC

George L. Miller, the duly appointed Chapter 7 Trustee for the estate of the above-captioned debtor (the "Trustee"), hereby applies to this Court for authority to employ Miller Coffey Tate LLP ("MCT") as Accountants and Bankruptcy Consultants nunc pro tunc (the "Application"), and in support thereof avers as follows:

### Jurisdiction

1. The Court has jurisdiction over this application pursuant to 28 U.S.C. Sections 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A).

2. Venue of this proceeding and this application is proper in this district pursuant to 28 U.S.C. Sections 1408 and 1409.

3. The statutory predicates for the relief sought are Section 327(a) of the United States Bankruptcy Code, 11 U.S.C. Section 101 et seq. (the "Bankruptcy Code"), and Federal Rule of Bankruptcy Procedure 2014.

### Background

4. On November 4, 2013 (the "Petition Date"), Mobclix, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the Bankruptcy Code.

5. On or about November 4, 2013, the United States Trustee appointed George L. Miller as Trustee of the estate of the Debtor.

### Application

6. To properly account to the United States Trustee's office, prepare all necessary tax forms and determine all financial data necessary to make business decisions, the Trustee requires the services of accountants and bankruptcy consultants to perform services including, but not limited to:

   a. Assist in reporting to the United States Trustee regarding the financial status of the Debtor;
   b. Assist the Trustee in identifying and securing the assets and records of the estate and provide forensic accounting services if required;
   c. Assist the Trustee in liquidating assets (not duplicative of any other professionals(s) that may be retained by the Trustee to liquidate assets);
   d. Assist the Trustee in pursuing causes of action for the benefit of the estate;
   e. Prepare and file necessary tax returns and other required tax filings;
   f. Attend meetings with the Trustee and Court hearings as required; and
   g. Provide any other accounting, tax or consulting services as may be requested by the Trustee.

7.  For the foregoing and all other necessary and proper purposes, the Trustee desires to retain MCT as accountants and bankruptcy consultants to the Trustee. The Trustee is a member and partner employed as an accountant by MCT.

8.  MCT has the appropriate accounting skills and personnel needed to perform the accounting services required by the Trustee.

9.  MCT has agreed to perform its services as requested by the Trustee and thereafter make an application to this Court for compensation.

10. The normal hourly fees of MCT are as follows:

   a.  Partners & Principals            $420.00 - $750.00 per hour
   b.  Managers                         $300.00 - $415.00 per hour
   c.  Senior Accountants               $215.00 - $295.00 per hour
   d.  Staff Accountants/Paraprofessionals $100.00 - $210.00 per hour

11. It is contemplated that MCT will seek compensation based upon its normal and usual billing rates. It is further contemplated that MCT may seek interim compensation as permitted by Section 331 of the Bankruptcy Code.

12. As detailed in the Declaration of Proposed Accountants and Bankruptcy Consultants, attached hereto as Exhibit "A," MCT is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code.

WHEREFORE, the Trustee requests authorization to employ the firm of MCT as accountants and bankruptcy consultants nunc pro tunc to November 13, 2013 to render services in the areas described but not limited to the above, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow after an application for fees is submitted to this Court for consideration.

Dated: December 26, 2013

Respectfully submitted,

/s/ George L. Miller

By: _____

George L. Miller
Eight Penn Center, Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, Pennsylvania 19103
Telephone: (215) 561-0950
Facsimile: (215) 561-0330

Chapter 7 Trustee