## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| MOBCLIX, INC., | ) Case No. 13-12887 (PJW) |
| | ) |
| Debtor. | ) |
| | ) Related to Docket No. ____ |
| | ) |

### ORDER GRANTING MOTION SHORTENING THE TIME FOR NOTICE OF MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR AN ORDER APPROVING AGREEMENT FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND RULES 4001(d) AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon consideration of the motion to shorten notice (the "**Motion to Shorten**") with respect to the Motion of George L. Miller, Chapter 7 Trustee, for an Order Approving Agreement for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 and Rules 4001 (d) and 9019 of the Federal Rules of Bankruptcy Procedure (the "**9019 Motion**"); and sufficient notice of the Motion for Relief from Stay having been made and it appearing that no other or further notice need be given; and after due deliberation; and sufficient cause appearing therefore, it is hereby:

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion to Shorten is GRANTED.

2. A hearing on the Motion of George L. Miller, Chapter 7 Trustee, for an Order Approving Agreement for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 and Rules 4001 (d) and 9019 of the Federal Rules of Bankruptcy Procedure will be held before this Court on **January 9, 2014 at 4:00 p.m.**

PHIL1 3341872v.1

3.  All objections to the 9019 Motion shall be filed with the Court and served upon counsel to the Trustee so as to be received on or before **January 3, 2014 at 4:00 p.m.**

4.  This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Dec 26, 2013
Wilmington, Delaware

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

PHIL1 3341872v.1