**United States Bankruptcy Court**
**District of Delaware**

IN RE:                                                                                          Case No. **13-12887-PJW**

**Mobclix, Inc.**                                                                                Chapter **7**

Debtor(s)

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: _January 7, 2014_      Signature: _/s/_
                                                                                                                          Debtor

Date: _____      Signature: _____
                                                                                                                     Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Mobclix, Inc.**
**102 University Avenue**
**Suite 1A**
**Palo Alto, CA  94301**


**Law Offices of Amy Jane Simons, LLC**
**8142 South Mobile Way**
**Englewood, CO  80134**


**Media Cannon, Inc.**
**Spear Tower**
**One Market Street, Suite 1400**
**San Francisco, CA  94105**


**Velti DR Limited**
**Bastille Court**
**4th Floor, 2 Paris Garden**
**London, England,    SE1 8ND**


**Velti Inc.**
**Spear Tower, 1 Market Street, Suite 1400**
**San Francisco, CA  94105**


**Velti Korea, Inc.**
**41/F Gangnam Finance Center**
**737 Yeoksam-Dong, Gangnam**
**Seoul, Korea,    135-984**


**Velti Limited**
**Bastille Court**
**4th Floor, 2 Paris Gardens**
**London, England,    SE1 8ND**


**Velti Mobile Platforms Limited**
**33 Porter Road**
**Post Office Box 3169 PMB 103**
**Road Town, Tortola, BWI,**


**Velti Plc**
**First Floor**
**28-32 Pembroke Street Upper**
**Dublin 2, Ireland,**