IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| MOBCLIX, INC., | ) Case No. 13-12887 (PJW) |
| | ) |
| Debtor. | ) |
| | ) **Related to Docket No. 13** |

**ORDER APPROVING AGREEMENT FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND RULES 4001(d) AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

AND NOW, this ___ day of January, 2014, upon consideration of the Motion of George L. Miller, Chapter 7 Trustee, for an Order Approving Agreement for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 and Rules 4001 (d) and 9019 of the Federal Rules of Bankruptcy Procedure ("**Motion**") and the Agreement[1] attached hereto as Exhibit "1"; and any responses to the relief requested therein; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion and Agreement was sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that the relief agreed to by the Parties is in the best interest of the Debtor's estate; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is GRANTED and that the Agreement is APPROVED; and it is further

ORDERED that the stay required under Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby WAIVED and the Parties may enter into and perform the Agreement effectively upon the entry of this Order; and it is further

---

[1] Capitalized terms used not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

PHIL1 3373327v.1

ORDERED that the Trustee may enter into and perform in accordance with the terms of the Agreement; and it is further

ORDERED that this Court shall retain jurisdiction with respect to the interpretation and implementation of this Order and the attached Agreement.

Date: Jan. 8, 2014
Wilmington, Delaware

_____
Honorable Peter J. Walsh
United States Bankruptcy Judge