IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              : Chapter 7

Mobclix, Inc.,                                      :
                                                    : Case No. 13-12887 (PJW)
            Debtor.                                 :
                                                    : RE: Docket No. 15
                                                    :

**ORDER AUTHORIZING APPLICATION OF CHAPTER 7 TRUSTEE, GEORGE L. MILLER, TO EMPLOY MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS NUNC PRO TUNC**

Upon consideration of the Application of Chapter 7 Trustee, George L. Miller (the "Trustee") to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants nunc pro tunc in the above-captioned case (the "Application"); and pursuant to the Declaration in support thereof; and it appearing that the firm of Miller Coffey Tate LLP, its members and associates are disinterested persons and that their employment by the Trustee is in the best interest of the estate,

IT IS ORDERED THAT:

1. The Application is GRANTED.

2. Pursuant to Section 327 of the Bankruptcy Code the Trustee is authorized and empowered to employ the firm of Miller Coffey Tate LLP as accountants and bankruptcy consultants to the Trustee and the estate nunc pro tunc to November 13, 2013.

3. Compensation to be paid to Miller Coffey Tate LLP for services to be rendered to the Trustee, plus reimbursement of disbursements provided and incurred in connection with the services provided to the Trustee, shall be determined by this Court upon appropriate application therefor in accordance with Sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and/or any applicable regulations and Orders of this Court.

Dated: Jan. 17, 2014
       Wilmington, Delaware

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge