IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| MOBCLIX, INC., | : Case No. 13-12887 (PJW) |
| Debtor. | : Related to Docket No. 16 |

ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF KLEHR HARRISON HARVEY BRANZBURG LLP AS
ATTORNEYS FOR GEORGE L. MILLER, CHAPTER 7 TRUSTEE, PURSUANT TO
11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014
AND DEL. BANKR. L.R. 2014-1 *NUNC PRO TUNC* TO NOVEMBER 7, 2013

Upon the application of Geroge L. Miller (the "Trustee"), the chapter 7 trustee for the estate of Mobclix, Inc. (the "Debtor"), for an order pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1, authorizing the Trustee to retain and employ Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison") as his attorneys, *nunc pro tunc* to November 7, 2013 (the "Application"), as more fully set forth in the Application; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that sufficient and proper notice has been given and it appearing that no other or further notice need be given; and the Court having considered the Application and the Declaration of Linda Richenderfer, Esquire (the "Richenderfer Declaration"), in support of the Application; and after due deliberation and sufficient cause appearing therefore; it is hereby

FOUND THAT:

A.  Klehr Harrison does not have or represent any interest materially adverse to the interests of the Trustee or the Debtor's estate or any other parties in interest.

B.    Klehr Harrison is a "disinterested person" as that term is defined in 11 U.S.C § 101(14).

C.    The retention and employment of Klehr Harrison as the Trustee's attorneys in connection with this cases is necessary and in the best interest of the Trustee, the Debtor's estate and its creditors.

D.    The terms of the services to be rendered by Klehr Harrison as set forth in the Application and the Richenderfer Declaration are reasonable terms of employment for purposes of 11 U.S.C. § 328(a); and it is hereby

ORDERED THAT:

1.    The Application is GRANTED.

2.    In accordance with 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014, the Trustee is authorized to employ and retain Klehr Harrison as his attorneys, effective as of November 7, 2013, on the terms set forth in the Application and the Richenderfer Declaration.

3.    Such retention and employment is to be compensated at Klehr Harrison's normal and customary hourly rates upon application to and approval by the Court of interim and final applications pursuant to the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and such other orders as the Court may direct.

Dated: Jan. 17, 2014

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge